**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **MARK I. MANNING, IV,** | ) |
| | ) |
| **Plaintiff,** | ) |
| vs. | )   No. 3:15-CV-3092-D |
| | ) |
| **UNNAMED DEFENDANT,** | ) |
| **Defendants.** | ) |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, plaintiff's September 29, 2015 application to proceed in district court without prepaying fees or costs is denied, and this action is dismissed without prejudice for failure to prosecute and follow the magistrate judge's October 1, 2015 order.

November 30, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE